STATE of Missouri, Respondent,

v.

Phillip Lamont RANSBURG, Appellant.

**WD 78447**

Missouri Court of Appeals,
Western District.

ORDER FILED: July 19, 2016

Rosalynn Koch, Columbia, MO, Counsel for Appellant.

Nathan Aquino, Jefferson City, MO, Counsel for Respondent.

Before Division Three: Gary D. Witt, P.J., James Edward Welsh, and Anthony Rex Gabbert, JJ.

## ORDER

Per Curiam:

Phillip Ransburg appeals his conviction, following a bench trial, of one count of unlawful use of a weapon for which he was sentenced to four years in prison. We affirm the circuit court's judgment. Rule 30.25(b).